UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SHAKEIYA BURNETT, VANESSA MORALES,
JONATHAN MARMOLEJOS, RICHARD
SERPICA, and HENRY FOSTER, on behalf of
themselves and all others similarly situated,

                                        Plaintiffs,

                          -against-

WAHLBURGERS FRANCHISING LLC, CONEY
BURGERS LLC, BIG APPLE BURGERS LLC,
WBDC HOSPITALITY LLC, MARK ANDREW
SINGER, JOHN CESTARE, and BEN NIASS,

                                      Defendants.

Case No. 16 CV 04602
(WFK)(CLP)

STIPULATION EXTENDING
DEFENDANT'S TIME TO
RESPOND TO THE
COMPLAINT

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for Plaintiffs and Defendant, Wahlburgers Franchising LLC, in the above action, that the time for Defendant Wahlburgers Franchising LLC to answer, move or otherwise respond to Plaintiffs' Complaint shall be extended to and include the 18th day of November 2016. It is further agreed that a copy or facsimile of this stipulation shall be deemed sufficient and compatible with the original.

Dated: New York, New York
       November 3, 2016

By: _____
Vivianna Morales, Esq.
PECHMAN LAW GROUP PLLC
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 672-1848
*Attorney for Plaintiffs*

By: _____
Brian P. FitzGerald, Esq.
GORDON & REES, LLP
1 Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
*Attorneys for Defendant
Wahlburgers Franchising LLC*

By: _____
Mitchell Schley, Esq.
LAW OFFICES OF MITCHELL SCHLEY
245 Park Avenue, 39th Fl.
New York, New York 10167
(212) 672-1848
*Attorney for Plaintiffs*

By: _____
Mark B. Stumer, Esq.
MARK B. STUMER & ASSOCIATES
306 5th Avenue
New York, New York 10001
(212) 633-2225
*Attorneys for Defendants*
*Coney Burgers LLC, WBDC*
*Hospitality LLC, Big Apple Burgers,*
*LLC, John Cestare and Mark Singer*

So Ordered:

_____
Hon. Cheryl L. Pollak