US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 2/27/17

TIME SPENT: _____

DOCKET NO. 16 CV 4602

CASE: Burnett v Wahlburgers

_____ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

RULINGS: Responses to outstanding discovery requests due 3/13
Pl. may serve interrogs by 3/6
responses due 4/6
Depositions to proceed
Pl. to contact district court re motion for class certification
Conference 5/9 at 10:00