# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 8, 2018

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:   *Burnett, et al. v. Wahlburgers Franchising LLC, et al.*
              16 Civ. 04602 (WFK) (CLP)

Dear Magistrate Judge Pollak:

      Together with the Law Offices of Mitchell Schley, LLC, we represent Plaintiffs in the above-referenced matter. Plaintiffs' counsel and Defendants' counsel jointly submit this request to adjourn the status conference scheduled for this matter on February 12, 2018 at 10:00 a.m. Due to scheduling conflicts, the Parties were unable to schedule the depositions of Defendants until March 2, 2018, March 8, 2018, March 9, 2018, and March 15, 2018. Accordingly, the Parties request the status conference be adjourned until a date following the depositions. This is the first request to adjourn the status conference.

      We thank the Court for its time and consideration of this request.

                                       Respectfully Submitted,

                                       Gregory Slotnick

cc:   Mark B. Stumer, Esq. (via ECF)
       Ryan Sestack, Esq. (via ECF)