# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
SHAKEIYA BURNETT, VANESSA MORALES,
JONATHAN MARMOLEJOS, RICHARD
SERPICA, and HENRY FOSTER, on behalf of
themselves and all others similarly situated,

                          Plaintiffs,

              -against-

WAHLBURGERS FRANCHISING LLC, CONEY
BURGERS LLC, BIG APPLE BURGERS LLC,
WBDC HOSPITALITY LLC, MARK ANDREW
SINGER, and JOHN CESTARE,

                         Defendants.
---------------------------------------------------------------- X

16 Civ. 04602 (WFK)(CLP)

**NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**

    PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Paul Wahlberg upon oral examination before an officer duly authorized to administer oaths, at the offices of Pechman Law Group, PLLC, 488 Madison Avenue, 17th Floor, New York, New York 10022, on May 30, 2018 commencing at 10:00 a.m. The deposition will be conducted before a notary public or other person authorized to administer oaths.

    This examination shall continue from day to day until complete and it will be videotaped. You are invited to attend to cross-examine.

Dated: New York, New York
          March 29, 2018

                              PECHMAN LAW GROUP PLLC

                              By: _____
                                  Louis Pechman
                                  Vivianna Morales
                                  Gregory Slotnick
                                  488 Madison Avenue 17th Floor
                                  New York, New York 10022
                                  (212) 583-9500
                                  pechman@pechmanlaw.com
                                  morales@pechmanlaw.com
                                  slotnick@pechmanlaw.com
                                  *Attorneys for Plaintiffs & the Putative*
                                  *FLSA Collective and Rule 23 Class*

To: Ryan Sestack, Esq.
Brian P. Fitzgerald, Esq.
Gordon Rees Scully Mansukhani
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Tel.: (212) 269-5500
rsestack@grsm.com
bfitzgerald@grsm.com

Mark B. Stumer, Esq.
Mark B. Stumer & Associates
306 5th Avenue
New York, New York 10001
Tel.: (212) 633-2225
mstumer@newyorklawyers.org