# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

July 23, 2018

**VIA ECF**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Burnett, et al. v. Wahlburgers Franchising LLC, et al.*
            16 Civ. 04602 (WFK)(CLP)

Dear Magistrate Judge Pollak:

    This letter is submitted in accordance with Your Honor's Order (ECF No. 48) to notify the Court that Plaintiffs intend to depose both Mr. Paul Wahlberg and Mr. Patrick Renna.

    Plaintiffs have reached out to counsel for Wahlburgers Franchising LLC to select a date to depose Patrick Renna and are waiting to hear back.

                                           Respectfully submitted,

                                           Vivianna Morales

cc:  Counsel for Defendants (via ECF)