```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHAKEIYA BURNETT, VANESSA MORALES,           :
JONATHAN MARMOLEJOS, RICHARD SERPICA,        :
and HENRY FOSTER,                            :
                                             :
                Plaintiffs,                  :
        v.                                   :   ORDER
                                             :   16-CV-4602 (WFK)
WAHLBURGERS FRANCHISING LLC, CONEY           :
BURGERS LLC, WBDC HOSPITALITY LLC, and       :
MARK ANDREW SINGER,                          :
                                             :
                Defendants.                  :
-----------------------------------------------------------------X
```

**WILLIAM F. KUNTZ II, United States District Judge:**

Plaintiff Richard Serpica having done nothing to pursue his case since January 31, 2018, including failing to appear for his deposition, failing to appear for a court-ordered hearing, and failing to execute the stipulation of dismissal, and failing to object to the Report and Recommendations submitted by Magistrate Judge Pollak dated April 9, 2019, IT IS HEREBY ORDERED the claims brought by Plaintiff Serpica in the above-captioned action are DISMISSED for the reasons set forth in Magistrate Judge Pollak's Report and Recommendations. *See* ECF No. 69.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 14, 2019
      Brooklyn, New York